**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Southern Division**

**Docket No. 7:26-CR-11-1D**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SHANNON THEODORE GREEN** | ) | |
| **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for December 14, 2026, in Raleigh. The case is hereby CONTINUED to January 2027 in Raleigh, North Carolina.

This 10 day of November 2026.

James C. Dever III
U.S. District Judge